WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust Company, as Trustee for the Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE BEAR STERNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CLUB AT MADEIRA CANYON UNIT OWNERS' ASSOCIATION; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.: 2:16-cv-00326-RFB-PAL<br><br>**[PROPOSED] ORDER GRANTING SFR INVESTMENT POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

COMES NOW Plaintiff, Wilmington Trust Company, as Trustee for the Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1 (hereinafter "Plaintiff"), by and through their undersigned attorneys of record, Edgar C. Smith, Esq. and Rock K. Jung, Esq., of the law firm of WRIGHT, FINLAY & ZAK, LLP, hereby file this proposed order on SFR Investment Pool 1, LLC's Demand for Cost Bond Pursuant to NRS 18.130(1), which was filed in the above-entitled Court on March 16, 2016.

The Court, after reviewing all pleadings and papers on file, being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SFR Investments Pool 1, LLC's (hereinafter "SFR") Demand for Security of Costs Pursuant to NRS 18.130(1) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall pay the Cost Bond in the amount of Five Hundred Dollars ($500.00), and subsequently file a Notice of Posting Bond.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SFR shall have ten (10) business days after the date of filing the Notice of Posting Bond to Answer or otherwise Respond to Plaintiff's Complaint.

DATED this 12th day of May, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

DATED this 18 day of March, 2016.
WRIGHT, FINLAY & ZAK, LLP

_____
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wilmington Trust Company, as Trustee for the Bear Sterns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1*

Approved as to Form and Content:

DATED this 18th day of March, 2016.
KIM GILBERT EBRON

*/s/ Diana Cline Ebron, Esq.*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 09578
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*