UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILMINGTON TRUST COMPANY,<br><br>                  Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>                  Defendant. | Case No. 2:16-cv-00326-RFB-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 49) |

This matter is before the court on the Substitution of Attorneys (ECF No. 49). Melanie D. Morgan and Karen A. Whelan of Akerman LLP seek leave to be substituted in the place of Edgar C. Smith, Rock Jung, and Dana J. Nitz of Wright, Finlay & Zak, LLP for plaintiff/counter defendant Wilmington Trust Company. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 49) is **GRANTED**.
2. Melanie D. Morgan and Karen A. Whelan of Akerman LLP are substituted in the place of Edgar C. Smith, Rock Jung, and Dana J. Nitz of Wright, Finlay & Zak, LLP for

plaintiff/counter defendant Wilmington Trust Company, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 16th day of April, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE