1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 REBEKKAH B. BODOFF ESQ.
Nevada Bar No. 12703
3 **AKERMAN LLP**
1635 Village Center Circle, Ste. 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: rebekkah.bodoff@akerman.com

7 *Attorneys for plaintiff/counterdefendant Wilmington Trust Company, as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1; and cross-defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CLUB AT MADEIRA CANYON UNIT OWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00326-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for PULTE MORTGAGE, LLC; HAMLET McNEACE, an individual; and | |

42369723;1
46721266;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

SHAWN McNEACE, an individual,

                Counter/Cross-Defendants.

PLEASE TAKE NOTICE that Plaintiff/Counterdefendant Wilmington Trust Company, as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1; and cross-defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc., hereby provides notice that Karen A. Whelan is no longer associated with the law firm of Akerman LLP

Akerman LLP continues to serve as counsel for Wilmington Trust Company,

Deutsche Bank National Trust Company and and cross-defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc., All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Rebekkah B. Bodoff, Esq.

Respectfully submitted, this 17th day of October, 2018.

                **AKERMAN LLP**

                /s/ *Rebekkah B. Bodoff*_____
                MELANIE D. MORGAN
                Nevada Bar No. 8215
                REBEKKAH B. BODOFF, ESQ.
                Nevada Bar No. 12703
                1635 Village Center Circle, Suite 200
                Las Vegas, NV 89134
                *Attorneys for plaintiff/counterdefendant Wilmington Trust Company, as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1; and cross-defendants Nationstar Mortgage LLC and Mortgage Electronic Registration Systems, Inc.*

                **COURT APPROVAL**

IT IS SO ORDERED.

Date:_October 19, 2018_

                UNITED STATES MAGISTRATE JUDGE

42369723;1
46721266;1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2018, and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, addressed to:

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
**Kim Gilbert Ebron**
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

　　　　　　　　　　　　　　　　*/s/ Doug J. Layne*
　　　　　　　　　　　　　　　　An employee of AKERMAN LLP

3

42369723;1
46721266;1