MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Wilmington Trust Company, as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1, Mortgage Electronic Registration Systems, Inc., on behalf of Pulte Mortgage, LLC and Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CLUB AT MADEIRA CANYON UNIT OWNERS' ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00326-RFB-BNW<br><br>**STIPULATION AND ORDER TO RELEASE BOND** |

1
56981711;1

|   |   |
|---|---|
| 1 | SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| 2 | |
| 3 | Counter/Cross-Claimant, vs. |
| 4 | WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1; NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for PULTE MORTGAGE, LLC; HAMLET McNEACE, an individual; and SHAWN McNEACE, an individual, |
| 10 | Counter/Cross-Defendants. |

Defendant SFR Investments Pool 1, LLC demanded plaintiff Wilmington Trust Co., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1 post a cost bond pursuant to NRS 18.130(1) [ECF No. 10]. This court thereafter ordered Wilmington to post a $500 bond [ECF No. 13]. A $500 cash deposit was subsequently made by Wright Finlay & Zak LLP on behalf of Wilmington [ECF No. 15]. The bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1).

On April 13, 2018, Wilmington moved to substitute Akerman LLP as its counsel of record in the place and stead of Wright Finlay & Zak, LLP [ECF No. 49]. On April 16, 2018, the court entered an order granting Wilmington 's substitution of attorney [ECF No. 50].

On August 1, 2019, the court entered a judgment [ECF No. 67]. The court amended this judgment on August 9, 2019 [ECF No. 69]. Wilmington timely filed a notice of appeal on September 3, 2019 [ECF No. 74].

…

…

…

…

…

2

56981711;1

The parties stipulated to a voluntarily dismissal of this appeal on February 23, 2021. On February 25, 2021, the United States Court of Appeals for the Ninth Circuit issued a mandate dismissing the appeal [ECF No. 82], closing this case. As this matter is now concluded, the parties stipulate and agree that the court will refund to Akerman LLP, on behalf of Wilmington, the $500.00 security bond, plus interest.

| DATED: March 5, 2021. | DATED March 5, 2021. |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| /s/Melanie D. Morgan | /s/ Jacqueline A. Gilbert |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| DONNA M. WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 10593 |
| SCOTT R. LACHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9578 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for Wilmington Trust Company, as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2007-1, Mortgage Electronic Registration Systems, Inc., on behalf of Pulte Mortgage, LLC and Nationstar Mortgage LLC* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**
Case No.: 2:16-cv-00326-RFB-BNW

 March 31, 2021
DATED

56981711;1